COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Dionysios Spiro Kosmetatos v. The State of Texas

Appellate case number:   01-15-00094-CR and 01-15-00095-CR

Trial court case number: 1414418 and 1449194

Trial court:             338th District Court Harris County

On October 22, 2015, appellant, Dionysios Spiro Kosmetatos, filed his Brief for the Appellant in these appeals. On October 23, 2015, appellant filed a motion to file an amended Brief for the Appellant with an amended brief. The motion is **granted**. The amended Brief for the Appellant, received on October 23, 2015, is filed in these appeals on October 23, 2015.

Appellant also has filed a motion to strike the Brief for the Appellant filed on October 22, 2015. The motion is **dismissed as moot**.

Appellee's brief, if any, is due to be filed in this Court no later than 30 days after the date of this order. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date:  November 5, 2015

1